IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CR126 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANSU ABRAHAM, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the motion for an extension of time by defendant Ansu Abraham (Abraham) (Filing No. 36). Abraham seeks an additional two weeks in which to file pretrial motions in accordance with the progression order. Abraham's counsel represents that government's counsel has no objection to the motion. In the court's previous order granting an extension (Filing No. 35), the court stated no further extensions of the pretrial motion deadline would be granted absent a showing by affidavit that a manifest injustice would occur if the requested extension were not granted. The affidavit accompanying the present motion does not establish such a manifest injustice. The co-defendant's motion to suppress has been delayed pending Abraham's filing of motions. It is unfair to require the co-defendant to experience further delay of the evidentiary hearing on account of Abraham's inability to reach a plea agreement.

**IT IS ORDERED:**

The motion for an extension of time (Filing No. 36) is denied.
DATED this 7th day of August, 2009.

                                                      BY THE COURT:

                                                      s/Thomas D. Thalken
                                                  United States Magistrate Judge