IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR126** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **ANSU ABRAHAM,** | ) | |
| Defendant. | ) | |

This motion is before the Court on the government's motion for an extension of time to answer (Filing No. 95).

IT IS ORDERED:

1. The government's motion for an extension of time to answer (Filing No. 95) is granted;

2. The United States must file its Answer and support its Answer with a brief on or before May 27, 2011;

3. On or before June 27, 2011, the Defendant may file a responsive brief; and

4. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 24th day of May, 2011.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge