## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR126** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **ANSU ABRAHAM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for reconsideration (Filing No. 105) of the Court's Memorandum and Order and Judgment denying his § 2255 motion.

IT IS ORDERED:

1. The Defendant's motion for reconsideration (Filing No. 105) is denied; and

2. The Clerk is directed to mail a copy of this Order to the Defendant at his last known address.

DATED this 28th day of September, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge